**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

COLLIN RAY LEWIS,                              )
                                               )
                        Plaintiff,             )
                                               )
-vs-                                           )    Case No.  CIV-15-584-F
                                               )
CAROLYN W. COLVIN,                             )
Acting Commissioner of the Social             )
Security Administration,                       )
                                               )
                        Defendant.             )

## ORDER

On December 5, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, wherein he recommended that defendant's decision to deny plaintiff's application for benefits under the Social Security Act be reversed and that the case be remanded for further administrative development.  Magistrate Judge Erwin therein advised the parties of their right to object to the Report and Recommendation by December 19, 2016, and further advised the parties that failure to file a timely objection would result in waiver of the right to appellate review of the factual and legal issues addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to file an objection has been filed.  With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on December 5, 2016 (doc. no. 26) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  The decision of defendant, Carolyn W. Colvin,

Acting Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED December 21, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0584p002.wpd